Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003
maryf.chapman@juno.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAJUANA MOTEN, and MARIO )
CARDENAS, on behalf of   )
themselves and all others)
similarly situated,      )      Case No. 2:25-cv-00096-APG-BNW
                         )
        Plaintiffs,      )
                         )      **ANSWER**
v.                       )
                         )
GOODWRX, LLC, a Nevada   )
Limited Liability Company)
and Does 1 through 50,   )
inclusive,               )
                         )
        Defendants.      )
_____)

COMES NOW, Defendant Goodwrx, LLC, by the through its counsel of record the Law Office of Mary F. Chapman, Ltd., and hereby Answers Plaintiffs' Amended Complaint as follows:

A.   Paragraphs 1, 11, 12, 13, 14, 45, 47, 48, 53, 55, 56, 57, 60, 62, 65, 67, 68, 69, 71, 73, and 77 do not contain statements of alleged facts and thereby a response is not required to these paragraphs. However, to any extent a response is deemed required, Goodwrx denies the allegations in these paragraphs.

B.   Goodwrx lacks sufficient information to admit or deny the allegations in paragraphs 2, 3, 7, 8, 9, 10, 37, 38, 39, 41, 49, and 50, and on such basis, denies them.

C.   Goodwrx admits the allegations in paragraphs 4, 5, 6, 16,

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

and 63.

D.    Goodwrx denies the allegations in paragraphs 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 40, 42, 43, 44, 51, 52, 58, 59, 64, 70, 74, 75, and 76.

E.    Answering paragraph 15, Goodwrx incorporates its responses to the preceding paragraphs 1-14 as though set forth fully herein.

F.    Answering paragraph 36, Goodwrx incorporates its responses to the preceding paragraphs 1-35 as though set forth fully herein.

G.    Answering paragraph 46, Goodwrx incorporates its responses to the preceding paragraph 1-45 as though set forth fully herein.

H.    Answering paragraph 54, Goodwrx incorporates its responses to the preceding paragraphs 1-53 as though set forth fully herein.

I.    Answering paragraph 61, Goodwrx incorporates its responses to the preceding paragraphs 1-60 as though set forth fully herein.

J.    Answering paragraph 66, Goodwrx incorporates its responses to the preceding paragraphs 1-65 as though set forth fully herein.

K.    Answering paragraph 72, Goodwrx incorporates its responses to the preceding paragraphs 1-71 as though set forth fully herein.

/ / /

/ / /

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

- 2 -

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' Amended Complaint, and each and every cause of action contained therein, fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' Amended Complaint, and each and every cause of action contained therein, is barred to the extent that Plaintiffs failed to comply with any applicable statute(s) of limitations.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' Amended Complaint, and each and every cause of action contained therein, is barred due to Plaintiffs' failure to take reasonable and sufficient measures to mitigate their alleged damages.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' Amended Complaint, and each purported cause of action therein, is barred in whole or in part by the equitable doctrines of waiver, estoppel, laches, and unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' Amended Complaint, and each purported cause of action therein, is barred in whole or in part because Plaintiffs' damages, if any, were caused by Plaintiffs' own, or a third party's, course of conduct.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' Amended Complaint, and each purported cause of action therein, is barred in whole or in part because Plaintiffs have not suffered any loss, damage, or injury as a result of or

caused by the alleged conduct of Defendant in the Amended Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint, and each purported cause of action therein, fails because the conduct of Defendant was lawful, justified or excused.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' class action allegations are barred by a binding arbitration agreement Plaintiffs' consented to.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because they failed to exhaust their arbitration and/or contractual remedies.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to state facts sufficient to justify an award of general, special, statutory, compensatory, or punitive damages, or any award of attorneys' fees.

### TWELFTH AFFIRMATIVE DEFENSE

All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not yet available as of the time of the filing of this answer.  Therefore, Defendant reserves the right to amend its answer to alleged additional affirmative defenses if subsequent investigation so warrants. Additionally, Defendant reserves the right to amend its answer, including making additions and/or any proper deletions, upon

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

additional information being received during the discovery process.

WHEREFORE, Defendant prays as follows:

1.    That Plaintiffs take nothing by way of their Complaint;

2.    That Plaintiffs' Amended Complaint be dismissed and Plaintiffs be compelled to arbitrate their claims separately as required by their Binding Arbitration Agreement with Defendant;

3.    For an award of reasonable attorneys' fees and costs in favor of Defendant and against Plaintiffs; and

4.    For such other and further relief as may be just and proper.

Dated this 27th day of January, 2025.

Respectfully submitted,
Law Office of Mary F. Chapman, Ltd.

 /S/ Mary F. Chapman, Esq. #6591
Mary F. Chapman, Esq.
8440 W. Lake Mead Blvd., Ste. 203
Las Vegas, Nevada 89128
Attorney for Defendant Goodwrx, LLC

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003

- 5 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of January 2025, a copy of the foregoing **"Answer"** was served by the court's electronic filing system to:

Jason Kuller
Rachel Mariner
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com
rachel@rafiilaw.com
*Attorneys for Plaintiffs*

By : /S/Mary F. Chapman, Esq.
Law Office of Mary F. Chapman, Ltd.
8440 W. Lake Mead Blvd., Ste. 203
Las Vegas, Nevada 89128
(702) 202-4223

THE LAW OFFICES OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003