```
Jason Kuller, NV Bar No. 12244
Rachel Mariner, NV Bar No. 16728
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com
rachel@rafiilaw.com
```
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAJUANA MOTEN and MARIO CARDENAS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> GOODWRX LLC, a Nevada Limited Liability Company; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:25-CV-00096-APG-BNW <br><br> **<u>JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS</u>** <br><br> (FIRST REQUEST) |

The following stipulation was prepared and agreed upon yesterday, February 10, 2025, but was not approved as to form until today, February 11, 2025: IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs LaJuana Moten and Mario Cardenas, on behalf of themselves and all others similarly situated (collectively "Plaintiffs), shall have up to one additional week, until Monday, February 17, 2025, to respond to Defendant Goodwrx LLC's Motion to Compel Arbitration and Stay Proceedings (ECF No. 6) (hereinafter "Motion"). This stipulation is submitted and based upon the following:

1. Plaintiffs' response to the Motion ("Response") is currently due to be filed today.

2. While working on Plaintiffs' Response, undersigned counsel for Plaintiffs learned that a reply brief for an appeal in another matter ("Reply") was due today, and had been inadvertently calendared as due on February 19, 2025.



3. Plaintiffs' counsel immediately contacted Defendant's counsel seeking a stipulated extension in which to file Plaintiffs' Response in this matter. Defendant's counsel graciously agreed.

4. Accordingly, the parties agree that Plaintiffs shall have an additional week, up to and including **February 17, 2025**, to respond to Defendant's Motion. In exchange, Plaintiff's counsel has agreed that Defendant shall have an additional week in which to file a reply in support of its Motion, up to and including **March 3, 2025**.

5. This extension is necessary due to the conflicting case demands of undersigned Plaintiffs' counsel and an administrative calendaring error caused by excusable mistake, inadvertence, or surprise.

6. This is the parties' first request for an extension of time.

7. This request is made in good faith and not for the purpose of delay.

Dated this 10th day of February, 2025.

| | |
|---|---|
| RAFII & ASSOCIATES, P.C. | LAW OFFICE OF MARY F. CHAPMAN, LTD. |
| */s/ Jason Kuller* | */s/ Mary F. Chapman* |
| Jason Kuller, Esq., Bar No. 1224 | Mary F. Chapman, Esq., Bar No. 6591 |
| 1120 N. Town Center Drive, Suite 130 | 8440 W. Lake Mead Blvd., Ste. 203 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES COURT/MAGISTRATE JUDGE

Dated: February 12, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date shown file stamped above, I served a true and correct copy of the foregoing pleading on all registered parties with the Court's electronic filing system.

    /s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com