**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAJUANA MOTEN, et al., | Case No.: 2:25-cv-00096-APG-BNW |
| Plaintiffs | **Order** |
| v. | |
| GOODWRX, LLC, | |
| Defendant | |

On June 2, 2025, I stayed this case pending completion of arbitration and ordered the parties to file a status report by the earlier of either (1) 30 days after completion of the arbitration or (2) January 15, 2026 and every six months thereafter. ECF No. 30 at 7. The parties have not filed a status report as ordered.

I THEREFORE ORDER that by February 6, 2026, the parties shall file a status report about the arbitration.

DATED this 29th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE