**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAJUANA MOTEN and MARIO CARDENAS, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>GOODWRX, LLC,<br><br>Defendant | Case No.: 2:25-cv-00096-APG-BNW<br><br>**Order** |

I previously granted the defendant's motion to compel arbitration and stayed this case pending completion of arbitration. ECF No. 30. I ordered the parties to file a status report about the arbitration by the earlier of 30 days after completion of the arbitration or January 15, 2026 and every six months thereafter. Id. When the parties did not file a status report by January 15, 2026, I ordered they file one by February 6, 2026. ECF No. 32. The parties filed that status report but have not filed one six months later in conformity with my prior order.

I THEREFORE ORDER that by November 13, 2026, the parties must file a status report regarding the progress of the arbitration. If the parties would prefer not to provide status reports going forward, they may stipulate to administratively close this case, without prejudice to any party moving to reopen should circumstances change. If the parties do not file a status report or stipulation by November 13, 2026, I will administratively close this case.

DATED this 23rd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE